# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01877-JRG-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| AMERICAN HONDA MOTOR CO., INC. | § § § | |
| | § | |
| Defendant. | § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01882-JRG-RSP |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| VOLVO CARS OF NORTH AMERICA, LLC. | § § § | |
| | § | |
| Defendant. | § § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss Defendant Volvo Cars of North America, LLC. It is therefore ORDERED that all claims by and between the parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 13th day of July, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE